UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY CLARENCE MORTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | No.   2:15-CV-34-RMP <br><br> JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The matter is **REMANDED** for a *de novo* hearing before the Social Security Administration, and Judgment is entered for Plaintiff.

DATED:  March 18, 2016

                                SEAN F. McAVOY
                                Clerk of Court

                                By:  *s/Cora Vargas*
                                     Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**